CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

CALVIN J. PARK (SBN: 213765)
calvinpark@us-attorney.net
LAW OFFICE OF CALVIN J. PARK, APC
2105 Beverly Blvd., Suite 127
Los Angeles, California 90057
Telephone: (213) 380-3601
Facsimile: (213) 389-3601
Attorneys for Defendant
BJ Collection, Inc.

FRANK GOOCH III (SBN: 70996)
fgooch@cozen.com
COZEN O'CONNOR
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401-1000
Telephone: (310) 460-4473
Facsimile: (310) 594-7317
Attorneys for Defendant
Edward Z. Tabash

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCHERER,<br><br>    Plaintiff,<br><br>  v.<br><br>EDWARD Z. TABASH; BJ COLLECTION, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:20-CV-00163-PA-PJW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and among the parties hereto that this action shall be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties, without Defendants admission of any liability with respect to the claims asserted by Plaintiff.

Dated: March 6, 2020     CENTER FOR DISABILITY ACCESS

By: /s/Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: March 6, 2020     LAW OFFICE OF CALVIN J. PARK, APC

By: /s/Calvin J. Park
Calvin J. Park
Attorneys for Defendant
BJ Collection, Inc.

Dated: March 6, 2020     COZEN O'CONNOR

By: /s/Frank Gooch, III
Frank Gooch III
Attorneys for Defendant
Edward Z. Tabash

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Calvin J. Park and Frank Gooch III, counsel for BJ Collection, Inc. and Edward Z. Tabash, respectively, and that I have obtained Mr. Park's and Mr. Gooch 's authorization to affix their electronic signature to this document.

Dated: March 6, 2020     CENTER FOR DISABILITY ACCESS

By: /s/Phyl Grace
Phyl Grace
Attorneys for Plaintiff